NICHOLAS TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
BRIAN WHANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN CHRISTOPHER, <br><br> Defendant. | 2:18-cr-00404-RCJ-VCF <br> **ORDER GRANTING** GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |

The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Criminal Indictment filed on December 12, 2018 (Doc. #1). Upon review of the record, the United States has determined that, in the best interests of justice, the captioned indictment should be dismissed against John CHRISTOPHER without prejudice.

Dated this 17th day of April, 2019.

Respectfully submitted,

NICHOLAS TRUTANICH
United States Attorney

          /s
Brian Whang
Assistant United States Attorney

1

1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   SHARI L. KAUFMAN
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax
   Shari_Kaufman@fd.org
6

7  Attorney for John Christopher

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN CHRISTOPHER,<br><br>Defendant. | Case No. 2:18-cr-404-RCJ-VCF<br><br>**NON-OPPOSITION TO GOVERNMENT'S MOTION TO DISMISS** |

John Christopher by and through his counsel of record, Rene L. Valladares, Federal Public Defender, and Shari L. Kaufman, Assistant Federal Public Defender, files this non-opposition to the government's motion to dismiss. ECF No. 19. The defendant does not oppose the motion to dismiss.

DATED this 17th day of April, 2019.

                                              RENE VALLADARES
                                              Federal Public Defender

                                              */s/ Shari L. Kaufman*
                                   By_____
                                              SHARI L. KAUFMAN
                                              Assistant Federal Public Defender

IT IS SO ORDERED this 8th day of May, 2019.

_____
ROBERT C. JONES